**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 24-6225**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RHADU J. SCHOOLFIELD, a/k/a Big Face Dolla,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:17-cr-00116-RAJ-RJK-2)

―――――――――

Submitted:  April 29, 2025                    Decided:  May 19, 2025

―――――――――

Before QUATTLEBAUM and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Rhadu J. Schoolfield, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhadu J. Schoolfield appeals the district court's order denying his motion for compassionate release. We have reviewed the record and Schoolfield's claims and find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Schoolfield*, No. 2:17-cr-00116-RAJ-RJK-2 (E.D. Va. Feb. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*